**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DOUGLAS BIESKE,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | HON. JANE M. BECKERING<br><br>HON. MAG.<br>PHILLIP J. GREEN<br><br>Case No. 1:22-cv-1088 |
| ETHAN LANGE,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1090 |
| JANE MAY,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1091 |
| HEATHER SCHIPANI,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1092 |
| RAVI SHARMA,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1094 |

| | |
|---|---|
| KEVIN NIXON,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1095 |
| KRIS SCHUETTE-SCHNEIDER,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1096 |
| LAUREN CERVANTES,<br>    Plaintiff,<br>v.<br>TESSELLATE, INC.,<br>    Defendant. | Case No. 1:22-cv-1098 |
| NAOMI KELLEY,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1100 |
| YUFENG JING,<br>    Plaintiff,<br>v.<br>IKA SYSTEMS CORPORATION,<br>    Defendant. | Case No. 1:22-cv-1104 |

| | |
|---|---|
| JAMES RUBY,<br>    Plaintiff,<br>v.<br>COMPWEST INSURANCE COMPANY,<br>    Defendant. | Case No. 1:23-cv-00701 |
| SHAWNA TEVELDE,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1105 |
| ANDREW DESPOTOVIC,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1109 |
| ASIA MCFADDEN,<br>    Plaintiff,<br>v.<br>TESSELLATE, INC.,<br>    Defendant. | Case No. 1:22-cv-1110 |
| IRMA O'BRIEN,<br>    Plaintiff,<br>v.<br>TESSELLATE, INC.,<br>    Defendant. | Case No. 1:22-cv-1113 |
| MICHELLE RIESS,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-1119 |

| | |
|---|---|
| JANAE CROCKETT,<br>    Plaintiff,<br>v.<br>COMPWEST INSURANCE COMPANY<br>    Defendant. | Case No. 1:24-cv-00192 |
| TAMARA SONNENBERG,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:23-cv-00199 |
| KRISTI HALSTED,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-00195 |
| HOLLY HARRIS,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-cv-00196 |
| TANYA NELSON-WROZEK,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:23-cv-00200 |

| | |
|---|---|
| DEBRA COOLMAN,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD<br>OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00668 |
| RAY DUNN,<br>    Plaintiff,<br>v.<br>COBX CO.,<br>    Defendant. | Case No. 1:23-cv-00671 |
| PAIGE EASH,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD<br>OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00669 |
| CHRISTINA ENGMAN,<br>    Plaintiff,<br>v.<br>COBX CO.,<br>    Defendant. | Case No. 1:23-cv-00509 |
| ANDREW HUBBARD,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD<br>OF MICHIGAN,<br>    Defendant. | Case No. 1:23-cv-00510 |
| BRIAN TAYLOR,<br>    Plaintiff,<br>v.<br>COBX CO.,<br>    Defendant. | Case No. 1:23-cv-00511 |

| | |
|---|---|
| WILLIAM AGEE,<br> Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br> Defendant. | Case No. 1:23-cv-00658 |
| BRYAN ANDERSON,<br> Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br> Defendant. | Case No. 1:23-cv-00659 |
| LISA BALLERINI,<br> Plaintiff,<br>v.<br>COBX CO.,<br> Defendant. | Case No. 1:23-cv-00661 |
| KATHRYN BELLMER,<br> Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br> Defendant. | Case No. 1:23-cv-00664 |
| KAITLYN BOVERHOF,<br> Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br> Defendant. | Case No. 1:23-cv-00665 |
| ERIN CHUPA,<br> Plaintiff,<br>v.<br>COBX CO.,<br> Defendant. | Case No. 1:23-cv-00670 |

| | |
|---|---|
| JESS HANNA,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00677 |
| GLORIA PIZZO,<br>    Plaintiff,<br>v.<br>TESSELLATE, LLC,<br>    Defendant. | Case No. 1:23-cv-00698 |
| KIM HOWLETT,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:23-cv-00679 |
| RODNEISHA-DINEEN JOHNSON,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00680 |
| LAURA JONES,<br>    Plaintiff,<br>v.<br>COBX CO.,<br>    Defendant. | Case No. 1:23-cv-00682 |

| | |
|---|---|
| MELANIE KARSTEN,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00689 |
| HOWARD KELLICUT,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00690 |
| ALICIA KOWALCZYK,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00691 |
| KARLA LOCKARD,<br>    Plaintiff,<br>v.<br>COBX CO.,<br>    Defendant. | Case No. 1:23-cv-00693 |
| MICHELLE LOWDEN,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:23-cv-00695 |

| | |
|---|---|
| LYNNE SHEPHERD-VANSLEDRIGHT,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00704 |
| ROBIN SHEREN,<br>    Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE COMPANY,<br>    Defendant. | Case No. 1:23-cv-00705 |
| JENNIFER SMITH,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00706 |
| RYAN VANDERSTELT,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00708 |
| RACHELLE VILLEGAS,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00709 |

| | |
|---|---|
| KELLIE WASIELEWSKI,<br>    Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF MICHIGAN, D/B/A BCBSM,<br>    Defendant. | Case No. 1:23-cv-00711 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiffs DOUGLAS BIESKE, ETHAN LANGE, JANE MAY, HEATHER SCHIPANI, RAVI SHARMA, KEVIN NIXON, KRIS SCHUETTE-SCHNEIDER, LAUREN CERVANTES, NAOMI KELLEY, YUFENG JING, JAMES RUBY, SHAWNA TEVELDE, ANDREW DESPOTOVIC, ASIA MCFADDEN, IRMA O'BRIEN, MICHELLE RIESS, JANAE CROCKETT, TAMARA SONNENBERG, KRISTI HALSTED, HOLLY HARRIS, TANYA NELSON-WROZEK, DEBRA COOLMAN, RAY DUNN, PAIGE EASH, CHRISTINA ENGMAN, ANDREW HUBBARD, BRIAN TAYLOR, WILLIAM AGEE, BRYAN ANDERSON, LISA BALLERINI, KATHRYN BELLMER, KAITLYN BOVERHOF, ERIN CHUPA, JESS HANNA, GLORIA PIZZO, KIM HOWLETT, RODNEISHA-DINEEN JOHNSON, LAURA JONES, MELANIE KARSTEN, HOWARD KELLICUT, ALICIA KOWALCZYK, KARLA LOCKARD, MICHELLE LOWDEN, LYNNE SHEPHERD-VANSLEDRIGHT, JENNIFER SMITH, RYAN VANDERSTELT, RACHELLE VILLEGAS, KELLIE WASIELEWSKI, and Defendants BLUE CROSS BLUE SHIELD OF MICHIGAN D/B/A BCBSM, ACCIDENT FUND INSURANCE COMPANY, TESSELLATE, INC., IKA SYSTEMS CORPORATION, COMPWEST INSURANCE COMPANY, COBX CO., to dismiss these actions with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiffs and against Defendants in the above-captioned actions with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiffs asserted claims, as well as any claims that Plaintiffs could have asserted, against Defendants in the above-captioned actions are hereby dismissed with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated: May 12, 2025

/s/ Jane M. Beckering
Hon. Jane M. Beckering
United States District Judge

Stipulated to by:

| | |
|---|---|
| */s/ Noah S. Hurwitz* | */s/ Brandon C. Hubbard (w/consent)* |
| Noah S. Hurwitz (P74063) | Scott R. Knapp (P61041) |
| Grant M. Vlahopoulos (P85633) | Brandon C. Hubbard (P71085) |
| Brendan J. Childress (P85638) | Nolan J. Moody (P77959) |
| HURWITZ LAW PLLC | Maureen J. Moody (P85032) |
| *Attorneys for Plaintiffs* | Zachary L. Pelton (P85197) |
| 340 Beakes St., Suite 125 | Grant W. Hohlbein (P86319) |
| Ann Arbor, MI 48104 | *Attorneys for Defendants* |
| (844) 487-9489 | 123 W. Allegan Street, Suite 900 |
| noah@hurwitzlaw.com | Lansing, MI 48933 |
| grant@hurwitzlaw.com | (517) 371-1730 |
| brendan@hurwitzlaw.com | sknapp@dickinsonwright.com |
| | bhubbard@dickinsonwright.com |
| | nmoody@dickinsonwright.com |
| | mmoody@dickinsonwright.com |
| | zpelton@dickinsonwright.com |
| | ghohlbein@dickinsonwright.com |